

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00105-CV

| | | |
|---|---|---|
| William Cornwell | § | From the 158th District Court |
| | § | of Denton County (15-06165-158) |
| v. | | |
| | § | December 28, 2017 |
| Suzanne Cornwell | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
      Justice Sue Walker